# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3038-MMA |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | [Doc. No. 25] |
| FRANCISCO CHAVEZ-DANIEL, | |
| Defendant. | |

Upon due consideration, and pursuant to Federal Rule of Criminal Procedure 48(a), the Court **GRANTS** the United States motion and **DISMISSES** the Indictment against Defendant Francisco Chavez-Daniel without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: March 7, 2019

HON. MICHAEL M. ANELLO
United States District Judge